IN THE SUPREME COURT OF THE STATE OF NEVADA

KYMBERLIE JOY HURD,
INDIVIDUALLY AND ON BEHALF OF
HER MINOR CHILD, A.H.O.,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE BILL
HENDERSON, DISTRICT JUDGE,
Respondents,
  and
MARIO OPIPARI,
Real Party in Interest.

No. 85215

**FILED**

SEP 19 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF PROHIBITION OR MANDAMUS

This original pro se petition for a writ of mandamus and/or prohibition challenges several temporary district court custodial orders.[1]

This court has original jurisdiction to issue writs of mandamus and prohibition, and the issuance of such extraordinary relief is solely within this court's discretion. *See* Nev. Const. art. 6, § 4; *D.R. Horton, Inc. v. Eighth Judicial Dist. Court*, 123 Nev. 468, 474-75, 168 P.3d 731, 736-37 (2007). Petitioner bears the burden to show that extraordinary relief is warranted, and such relief is proper only when there is no plain, speedy, and adequate remedy at law. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). An appeal is generally an adequate legal remedy precluding writ relief. *Id.* at 224, 88 P.3d at 841.

---

[1]We grant petitioner's request to exceed page length.

22-29366

Even when an appeal is not immediately available because the challenged order is interlocutory in nature, the fact that the order may ultimately be challenged on appeal from a final judgment generally precludes writ relief. *Id.* at 225, 88 P.3d at 841. Having considered the petition, we are not persuaded that our extraordinary intervention is warranted. Accordingly, we

ORDER the petition DENIED.[2]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

cc:  Hon. Bill Henderson, District Judge, Family Court Division
Kymberlie Joy Hurd
Crome Law Firm
Ford & Friedman, LLC
Eighth District Court Clerk

[2]In light of this order, petitioner's motion for stay is denied as moot.